Matthew L. Durham
Nevada Bar No. 10342
mld@paynefears.com
PAYNE & FEARS LLP
6385 S. Rainbow Blvd, Suite 220
Las Vegas, Nevada 89118
Telephone: (702) 851-0300
Facsimile: (702) 851-0315

Attorneys for Defendant
ALBERTSON'S LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ZIMMERMAN, an individual<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSON'S LLC,<br><br>Defendant. | Case No. 2:17-CV-00398-GMN-GWF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**[FIRST REQUEST]** |

Defendant Albertson's LLC ("Albertson's") and Plaintiff Kevin Zimmerman ("Plaintiff"), by and through their respective counsel of record, hereby stipulate to extend the deadline for Albertson's to file a responsive pleading to Plaintiff's Complaint (ECF No. 9) until June 5, 2017. This is the parties' first stipulation for an extension of time for Albertson's to file a responsive pleading to Plaintiff's Complaint, which is currently due on May 4, 2017.

///

///

///

///

///

///

The basis for this stipulation is that the parties are working to resolve this matter without further litigation, and they wish to preserve resources while they work toward this end.

DATED: May 4, 2017     PAYNE & FEARS LLP

By     */s/ Matthew L. Durham*
MATTHEW L. DURHAM, NV Bar No. 10342
6385 S. Rainbow Blvd, Suite 220
Las Vegas, Nevada 89118
Tel. (702) 851-0300

Attorneys for Defendant
ALBERTSON'S LLC

DATED: May 4, 2017     THE WILCHER FIRM

By     */s/ Whitney C. Wilcher*
WHITNEY C. WILCHER, NV Bar No. 72122
8465 W. Sahara Ave., Suite 111-236
Las Vegas, Nevada 89117
Tel. (702) 466-1959

Attorney for Plaintiff
KEVIN ZIMMERMAN

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: 5/05/2017